United States District Court
Eastern District of New York

Ann Burton,
       Plaintiff,
-against-
N.Y.S. Department of Labor,
Susan Borenstein, Jayson Myers,
Darlene Houck, Angie Doe, Ms.
Glover, Vanessa Castillo, Joan
Smith
       Defendants.

ORIGINAL

CV 11- 4274
Complaint
Jury Trial ☒ Yes ☐ No


RECEIVED
SEP - 2 2011
PRO SE OFFICE

TOWNES, J.

BLOOM, M.J.

I. Parties in this Complaint

Plaintiff
  Name: Ann Burton
  Street Address: P.O. Box 28552
  County, City: Wake, Raleigh
  State & Zip Code: North Carolina 27611
  Telephone Number: None

Defendants:
Defendant No. 1
  Name: N.Y.S. Department of Labor
  Street Address: 9 Bond Street
  County, City: Kings, Brooklyn
  State & Zip Code: New York 11201
  Telephone Number: (718) 613-3500

-1-

Defendant No. 2
Name: Jayson Myers
Street Address: 9 Bond Street
County, City: Kings, Brooklyn
State & Zip Code: New York 11201
Telephone Number: (718) 613-3500

Defendant No. 3
Name: Susan Borenstein
Street Address: 9 Bond Street
County, City: Kings, Brooklyn
State & Zip Code: New York 11201
Telephone Number: (718) 613-3500

Defendant No. 4
Name: Darlene Houck
Street Address: P.O. Box 15126
County, City: Albany
State & Zip Code: New York 12212
Telephone Number: (518) 402-0205

Defendant No. 5
Name: Joan Smith
Street Address: 9 Bond
County, City: Kings, Brooklyn
State & Zip Code: New York 11201
Telephone Number: (718) 613-3500

Defendant No. 6
Name: Vanessa Castillo
Street Address: 9 Bond Street
County, City: Kings Brooklyn
State & Zip code: New York
Telephone Number: (718) 613-3500

-2-

Defendant No. 7    Name: Angie Doe
                   Street Address: P.O. Bx 15126
                   County, City: Albany
                   State & Zip Code: New York 12212
                   Telephone Number: (518) 402-0205

II. Basis for Jurisdiction
A. What is the basis for federal Court jurisdiction?
[X] Federal Question    [ ] Diversity of Citizenship
B. If the basis for federal jurisdiction is Federal Question, what federal Constitutional, Statutory or treaty right is at issue?
1) Plaintiff, Ann Burton's race is Black, color brown, age fifty-seven, and National Origin is American.
2) Plaintiff was and is engaged in protected activity.
3) Defendants discriminated against plaintiff for exercising her Constitutional Rights.
4) Defendants retaliated against plaintiff for exercise of her Constitutional Rights.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Non-Applicable

III.          STATEMENT OF CLAIM
1. Defendants retaliated against plaintiff exercising her Constitutional rights in complaint 11 CV 1417.
2. Defendants discriminated against plaintiff for exercising her Constitutional rights and repeatedly failed and refused to grant access to her file, documents, records, tapes and video, which hindered the exercise of her rights

-3-

in the aforementioned civil action.

3. Defendants ignored plaintiff's complaints of fraudulent N.Y.S. Labor hearing transcriptions.

4. Defendants condoned the N.Y.S. Department of Labor fraudulent hearing transcriptions.

5. Defendants condoned theft of documents from plaintiff's appeal file.

6. Defendants repeatedly denied possession of appeal file and caused the plaintiff undue financial burdens, emotional, mental and physical distress.

## IV   INJURIES

1. Defendants willful, unlawful misconduct has caused mental, emotional, physical and social, and spiritual distress.

2. Defendants misconduct deprived plaintiff of due process, life, liberty and property.

3. Defendants misconduct contributed to plaintiff loss of sleep, appetite, depression, malnutrition and stress level.

## V   RELIEF

1) Plaintiff seeks sanctions for defendants willful, unlawful misconduct to the fullest extent of the law.

2) Plaintiff seeks monetary compensation in the sum of $100,000,000 dollars for inability to exercise her Constitutional rights in 11 CV 1417, which involves loss of current and future employment benefits.

3) Plaintiff seeks damages for present and future emotional distress; mental, physical and spiritual distress from defendants unlawful misconduct.

4) Plaintiff seeks damages for deprivation of life, liberty, property and Constitutional Rights of protected activity.

5) Plaintiff seeks damages for defendants participation in fraudulent activity.

6) Plaintiff seeks damages for any and all other that the Court deems appropriate.

WHEREFORE plaintiff prays for the Courts intervention in this relentless, senseless attack against plaintiffs exercise of her Constitutional Rights.

Respectfully Submitted,
Ann Burton, LPN, RN Pro Se
P. O. Box 28552
Raleigh, NC 27611

Dated:
September 2, 2011

5