**ORIGINAL**

United States District Court
Eastern District of New York

Ann Burton,
        Plaintiff,
-against-

11-CV-4274

N.Y.S. Department of Labor,
S. Borenstein, J. Myers,
D. Houch, A. Doe, Mo. Glover,
V. Castillo, J. Smith
        Defendants.



RECEIVED DEC -7 2011 PRO SE OFFICE

Judge Townes,

As you know, pltf is not in receipt of the Court's M+O dated 11/14/11, which is just another fine example of justice in the U.S.D.C.-EDNY.

On numerous occasions the Court has construed and misconstrued pltfs complaints in favor of the defts. Therefore, pltf is baffled as to <u>why</u>, based on the numerous deft dismissals and dismissals of Borenstein, Myers, and the N.Y.S. DOL, did the Court not include Houch, Doe, Glover, Castillo and Smith? Pltf did not mention whether any of the defts were or are NYSDOL employees. However, two defts were "terminated," without any

-1-

inquiry to pltf, which denied pltfs constitutional rights, again.

The answers to the Courts inquiries, M+O are:
1) Other defts are employees
2) If the Court capriciously terminated two employees and the NYSDOL, why would the Court waste additional time and money to address the other defts which just as the Court assumed Bernstein and Myers as employees, the Court should have assumed the others were as well.
3) Therefore their actions are irrelevant and I submit my appeal.

Ann Burton Pro Se          Dated: November 6, 2011