ORIGINAL

U.S. District Court
E.D.N.Y.
225 Cadman Plz E.
Brooklyn, NY 11201

and   11-CV-4274
      11-CV-5345
      11-CV-5606

IN RE: 10-CV-5318; 11-CV-1416;
11-CV-1417; 11-CV-2757;
11-CV-5606; 11-CV-4072;
~~11-CV-4278~~

Attn: Mr. Palmer:

Mr. Palmer:

Please note COA for Pltf Ann Burton:
c/o U.S.P.S. 88-40 164th Street, Jamaica,
N.Y. 11432. Effective immediately.

Ann Burton

Dated: December 7, 2011

cc: A. Kabrawala
    A. Kanton
    N. Saldona
    H. Kolko



RECEIVED
DEC -7 2011
PRO SE OFFICE