ORIGINAL

Notice of Appeal

United States District Court
for the
Eastern District of New York

Ann Burton,
   Pltf,
  - against -

Notice of Appeal
11-CV-4274

N.Y.S. DOL, Susan Borenstein,
Jayson Myers, Dr. Houch,
A. Doe, Ms. Gloves, V.
Castello, J. Smith,
        Defts.

Notice is hereby given that Ann Burton hereby appeals to the U.S. Court of Appeals for the Second Circuit from the decision, "Deft NYS Dept of Labor is immune from this suit..." and Susan Borenstein and/or Jayson Myers, entered on the 8 day of November 2011.

Date: December 6, 2011          Ann Burton Pro Se



RECEIVED
DEC - 7 2011
PRO SE OFFICE