UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANN BURTON,

                    Plaintiff,

-against-

N.Y.S. DEPARTMENT OF LABOR; SUSAN
BORENSTEIN; JAYSON MYERS; DARLENE
HOUCH; ANGIE DOE; MS. GLOVER; VANESSA
CASTILLO, and JOAN SMITH,

                    Defendants.
----------------------------------------------------------------X

JUDGMENT
11-CV- 4274 (SLT)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 30 2011 ★

BROOKLYN OFFICE

       A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on December 28, 2011, ordering that Plaintiff's official-capacity claims against Defendants Darlene Houch, Angie Doe, Ms. Glover, Vanessa Castillo and Joan Smith are barred by the Eleventh Amendment; dismissing Plaintiff's individual-capacity claims against all of the individual Defendants for failure to state a claim and for failure to comply's with the Court's Memorandum and Order dated November 8, 2011; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order dated December 22, 2011 would not be taken in good faith; and directing the Clerk Court to enter judgment against Plaintiff and in favor of Defendants; it is

       ORDERED and ADJUDGED that Plaintiff's official-capacity claims against Defendants Darlene Houch, Angie Does, Ms. Glover, Vanessa Castillo and Joan Smith are barred by the Eleventh Amendment; that Plaintiff's individual-capacity claims against all of the individual Defendants are dismissed for failure to state a claim and for failure to comply with the Court's Memorandum and Order dated November 8, 2011; that pursuant to 28 U.S.C.

Page 2

JUDGMENT
11-CV- 2927 (FB)

§ 1915(a)(3) any appeal from the Court's Memorandum and Order dated December 22, 2011 would not be taken in good faith; and that judgment is hereby entered against Plaintiff Ann Burton and in favor of Defendants Darlene Houch, Angie Doe, Ms. Glover, Vanessa Castillo, and Joan Smith.

Dated: Brooklyn, New York
       December 29, 2011

DOUGLAS C. PALMER<br>Clerk of Court