December 18, 2012

U.S. Dist CT EDNY
225 Cadman Plz E.
Brooklyn, NY

ATTN: Pro Se Ofc

RE: ANN BURTON A/K/A
    FAIZAH X
    COA + Case Status

To whom it may concern:

Please forward case status for ALL of my cases 10-CV-5318 and 12, to temp mailing address:

2214 S. Rio Grande Ave #348
Orlando Fla 32805.

Thank You

*[signature]*

CHANGE OF ADDRESS:
| | |
|---|---|
| 11-CV-5606 (SLT)(LB) | 11-CV-4071 " " |
| 11-CV-5345 " " | 11-CV-2757 " " |
| 11-CV-4274 " " | 11-CV-2030 " " |
| 11-CV-4218 " " | 11-CV-1649 " " |
| 11-CV-4074 " " | 11-CV-1417 " " |
| 11-CV-4072 " " | 11-CV-1416 " " |
| | 10-CV-5318 " " |

2245 S. Rio Grande Ave
#318
Orlando, FL 32805

ORLANDO FL 328
18 DEC 12 PM 9 L

mailed
12/18/12

U.S. DIST CT EDNY
225 Cadman Plaza E,
Brooklyn, NY 11201

Attn: Pro Se Ofc

11201-1832